Form 1040 (2009)   Mark P Saunders                                                      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   Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . | 38 | 65,266. |
| | 39a | Check if: ☐ You were born before January 2, 1945, ☐ Blind. ☐ Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | | |
| Standard Deduction for — | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b ☐ | | |
| • People who check any box on line 39a, 39b, or 40b or who can be claimed as a dependent, see instructions. | 40a | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) . . . . . . . . . . | 40a | 13,096. |
| | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see instructions). . . . . . . . . . . . ▶ 40b ☐ | | |
| | 41 | Subtract line 40a from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 52,170. |
| | 42 | **Exemptions.** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see instructions . . . . . . . . . . | 42 | 3,650. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . | 43 | 48,520. |
| • All others: | 44 | Tax (see instrs). Check if any tax is from:  a ☐ Form(s) 8814  b ☐ Form 4972 . . . . . . | 44 | 8,319. |
| Single or Married filing separately, $5,700 | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . . . . | 45 | |
| | 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 46 | 8,319. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . . . . . | 47 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 48 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . | 48 | |
| | 49 | Education credits from Form 8863, line 29 . . . . . . . . . | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 . . . | 50 | |
| | 51 | Child tax credit (see instructions). . . . . . . . . . . . . | 51 | |
| Head of household, $8,350 | 52 | Credits from Form:  a ☐ 8396  b ☐ 8839  c ☐ 5695 . . . | 52 | |
| | 53 | Other crs from Form:  a ☐ 3800  b ☐ 8801  c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** . . . . . . . . . . . . . . . . . . | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . . . . . . . . . . . ▶ | 55 | 8,319. |
| | 56 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . | 56 | |
| **Other Taxes** | 57 | Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 . . . . . . . | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . . | 58 | |
| | 59 | Additional taxes:  a ☐ AEIC payments  b ☐ Household employment taxes. Attach Schedule H . . . . . . | 59 | |
| | 60 | Add lines 55-59. This is your **total tax** . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 60 | 8,319. |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 . . . . | 61 | 3,917. |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return . . . . | 62 | 57. |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay and government retiree credit. Attach Schedule M . . . . | 63 | 400. |
| | 64a | **Earned income credit (EIC)**. . . . . . . . . . . . . . . . | 64a | |
| | b | Nontaxable combat pay election . . . ▶ 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 . . . . . . . . | 65 | |
| | 66 | Refundable education credit from Form 8863, line 16 . . . . . | 66 | |
| | 67 | First-time homebuyer credit. Attach Form 5405 . . . . . . . | 67 | |
| | 68 | Amount paid with request for extension to file (see instructions) . . . . . | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see instructions) . . . | 69 | |
| | 70 | Credits from Form:  a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885 | 70 | |
| | 71 | Add lns 61-63, 64a, & 65-70. These are your **total pmts** . . . . . . . . . . . . . . . . . ▶ | 71 | 4,374. |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** . . . . . . . | 72 | |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888. | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here . . ▶ ☐ | 73a | |
| | ▶ b | Routing number . . . . . XXXXXXXXX  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | ▶ d | Account number . . . . . XXXXXXXXXXXXXXXXX | | |
| | 74 | Amount of line 72 you want **applied to your 2010 estimated tax** . . . . ▶ 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 60. For details on how to pay, see instructions . . . . . . . . ▶ | 75 | 3,945. |
| | 76 | Estimated tax penalty (see instructions) . . . . . . . . . . . . | 76 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . ☐ Yes. Complete the following. ☒ **No** Designee's name ▶  Phone no. ▶  Personal identification number (PIN) ▶ | | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge | | | |
| | Your signature ▶ | Date | Your occupation   unemployed | Daytime phone number |
| | Spouse's signature  If a joint return, **both** must sign ▶ | Date | Spouse's occupation | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶  Self-Prepared | | EIN | |
| | | | Phone no | |

Form **1040** (2009)



**2009 Form 1, Page 3**  MA0900131030
Massachusetts Resident Income Tax Return

| | | | |
|---|---|---|---|
| 32 | **Voluntary Contributions:** | | |
| | a Endangered Wildlife Conservn | ► 32a | 0 |
| | b Organ Transplant Fund | ► 32b | |
| | c Massachusetts AIDS Fund | ► 32c | 0 |
| | d Massachusetts U.S. Olympic Fund | ► 32d | 0 |
| | e Massachusetts Military Family Relief Fund | ► 32e | |
| | Total. Add lines 32a through 32e | 32 | 0 |
| 33 | Use tax due on out-of-state purchases. If no use tax due enter '0' | ► 33 | 0 |
| 34 | Health care penalty   a You►       b Spouse► | a + b = 34 | |
| 35 | **INCOME TAX AFTER CREDITS PLUS CONTRIBUTIONS AND USE TAX.** Add lines 31 through 33 | 35 | 3152 |
| 36 | Massachusetts income tax withheld | ► 36 | 767 |
| 37 | 2008 overpayment applied to your 2009 estimated tax | ► 37 | 0 |
| 38 | 2009 Massachusetts estimated tax payments | ► 38 | 0 |
| 39 | Payments made with extension | ► 39 | 0 |
| 40 | Earned Income Credit   a Number of qualifying children ►      Amount from U.S. return ►   0   x .15 - ► 40 | | 0 |
| 41 | Senior Circuit Breaker Credit | ► 41 | 0 |
| 42 | Other Refundable Credits | ► 42 | |
| 43 | **TOTAL.** Add lines 36 through 42 | 43 | 767 |
| 44 | **Overpayment.** Subtract line 35 from line 43 | ► 44 | 0 |
| 45 | Amount of overpayment you want **applied to your 2010 estimated tax** | ► 45 | 0 |
| 46 | **Refund.** Subtract line 45 from line 44. Mail to: Massachusetts DOR, PO Box 7001, Boston, MA 02204 | ► 46 | 0 |

**Direct deposit of refund.** Type of acct: ►       checking    savings

Routing No ►             Account No. ►

47 **Tax due.** Mail to: Massachusetts DOR, PO Box 7002, Boston, MA 02204       ► 47    (2388)
   Interest  ►   0   Penalty  ►   0   M-2210 amt  ►   3       ►   EX enclose Form M-2210

**BE SURE TO INCLUDE THIS PAGE WITH FORM 1, PAGE 1**