UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11484-GAO

MARK SAUNDERS,
Plaintiff,

v.

EMPIRE TODAY, LLC, et al.,
Defendants.

ORDER

O'TOOLE, D.J.

Now before the Court is the plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒ GRANTED.

☐ DENIED for the following reason(s):

☐ The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summons shall NOT issue pending the completion of screening on the merits.

☒ The Clerk shall issue summons and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendants as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 September 30, 2010                              /s/ George A. O'Toole, Jr.
DATE                                             GEORGE A. O'TOOLE, JR.
                                                 UNITED STATES DISTRICT JUDGE