## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Mark Saunders, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.  10-11484-GAO |
| Empire Today LLC. ) | |
| Empire Home Services, LLC, et al ) | |
| ) | |
| COBRASOURCE. Inc. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME FOR SERVICE

I, Mark Saunders, Plaintiff pro se in the foregoing matter, state under the pains and penalties of perjury that:

Plaintiff filed his Complaint on August 26, 2010.  As Plaintiff is unemployed and disabled, the Clerk of the Court provided Plaintiff with an application to proceed without prepayment of fees for the purpose of filing in forma pauperis.  Plaintiff filed an application per 28 U.S.C. § 1915 at the time he filed the Complaint.  After review, the application to proceed was granted by the court.  In seeking clarification in how to prepare the service packages, Plaintiff discovered that he was not provided with all the materials necessary for service, namely a copy of the application to proceed without prepayment of fees.  The Clerk's Office kindly supplied the necessary paperwork via US mail, and Plaintiff prepared the packages.  (Plaintiff is pro se and has no experience preparing service packages for service by the U.S. Marshall's Office.)  Upon completion, Plaintiff hand delivered the packages to the U.S. Marshall's Office where he was assisted by Nancy Talavera in providing further information for service.

Due to the approaching holidays, Ms. Talavera recommended that Plaintiff contact her approximately one week prior to the service requirement date to check on service confirmation. To date, the U.S. Marshall's Office in Chicago, Illinois has not provided confirmation of service.

Dated this 14th day of December, 2010

Respectfully submitted,

Mark P. Saunders
28 Cushman Street
Watertown, Massachusetts  02472-3704
617-905-7454