UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11484-GAO

_____
                                          )
MARK SAUNDERS,                            )
        Plaintiff                         )
                                          )
v.                                        )
                                          )
EMPIRE TODAY, LLC,                        )
EMPIRE HOME SERVICES, LLC, et             )
al., COBRASOURCE, INC.,                   )
        Defendants                        )
_____)

## AMENDED CERTIFICATE OF SERVICE

I, Michael J. Rossi, hereby certify that the Notice of Appearance on behalf of Michael J. Rossi, served through the ECF System on February 16, 2011 was sent electronically on that date to those registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants on this 17th day of February, 2011.

Respectfully submitted,

**CLARK, HUNT, AHERN & EMBRY**

/s/ Michael J. Rossi

_____
Michael J. Rossi (666082)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920