**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

 MARK SAUNDERS
                    Plaintiff

                                                    CIVIL ACTION
        V.
                                                    NO.  10-11484-GAO

 EMPIRE TODAY LLC, ET AL
                    Defendant

**SETTLEMENT ORDER OF DISMISSAL**

 O'TOOLE      U.S.D.J.

        The Court having been advised on   8/4/14              that the above-entitled

action has been settled;

        IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

thirty(30) days if settlement is not consummated.


                                                    By the Court,


 8/4/14                                              /s/ Paul Lyness
        Date                                         Deputy Clerk