UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | |
|---|---|
| **MARK SAUNDERS**<br><br>**Plaintiff,**<br><br>v.<br><br>**EMPIRE TODAY, LLC, GEOFFREY NUNEMAN and JLB CONCEPTS, INC. (F/K/A CHA COBRASOURCE, INCORPORATED),**<br><br>**Defendants.** | CIVIL ACTION NO. 10-CV-11484-GAO |

## STIPULATION OF DISMISSAL OF ALL CLAIMS AND CROSS-CLAIMS PURSUANT TO FED. RULE CIV. P. 41(a)(1)(A)(ii) AND 41(c)

The undersigned parties hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims asserted by the plaintiff, Mark Saunders ("Saunders"), against the Defendants, Empire Today, LLC ("Empire"), Geoffrey Nuneman and JLB Concepts, Inc. f/k/a CHA COBRASOURCE, Incorporated ("COBRAsource") shall be dismissed with prejudice and without costs, each party to bear its own attorney's fees.

The parties further stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c) that all cross-claims asserted between Empire and COBRAsource shall be dismissed with prejudice and without costs, each party to bear its own attorney's fees.

gsdocs\8129227.1

Respectfully submitted,

| | |
|---|---|
| **MARK SAUNDERS**<br>By its Attorney, | **EMPIRE TODAY, LLC and**<br>**GEOFFREY NUNEMAN**<br>By their Attorneys, |
| /s/ Elizabeth K. Levine_____<br>Elizabeth K. Levine, BBO #658532<br>GOULSTON & STORRS<br>400 Atlantic Avenue<br>Boston, MA  02110-3333<br>(617) 574-6549 | /s/ Matthew J. Caccamo_____<br>Matthew J. Caccamo, Ill. BBO# 6282605<br>(admitted *pro hac vice*)<br>BAKER & HOSTETLER, LLP<br>191 North Wacker Drive, Suite 3100<br>Chicago, IL  60606 |
| | **JLB Concepts, Inc.**<br>**f/k/a CHC COBRAsource, Inc.**<br>By its Attorneys, |
| |  /s/ Richard J. Riley_____<br>Richard J. Riley, BBO# 420610<br>Melissa S. Arnold, BBO# 655292<br>MURPHY & RILEY, P.C.<br>101 Summer Street, 2nd Floor<br>Boston, MA 02110<br>(617) 423-3700 |

Dated: November 4, 2014

## **CERTIFICATE OF SERVICE**

      I, Elizabeth K. Levine, do hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts on this 4th day of November, 2014.

                                      /s/ Elizabeth K. Levine
                                      Elizabeth K. Levine

gsdocs\8129227.1